

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 99-43992 |
| RICHARD V. HAAS, § | |
| § | Chapter 13 |
| Debtor. § | |
| § | |
| § | |

## ORDER DENYING APPLICATION FOR PAYMENT
## OF DIVIDEND FROM UNCLAIMED FUNDS

Having considered the Application for Payment of Unclaimed Funds [Docket No. 84], it appearing that the Court's registry does not reflect that any funds have been deposited listing Mr. Haas as a claimant,

IT IS HEREBY ORDERED that the Motion is DENIED.

Signed on 07/26/2010

_Brenda T. Rhoades_  MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE